**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-CR-176 CAS |
| ) | |
| DERRICK D. BLACKMON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court pursuant to the Mandate issued January 5, 2010 by the United States Court of Appeals for the Eighth Circuit in <u>United States of America v. Derrick D. Blackmon</u>, No. 09-1059. By its Opinion and Judgment filed October 27, 2009, the Eighth Circuit reversed this Court's order reducing Blackmon's sentence to 162 months pursuant to 18 U.S.C. § 3582(c)(2), and remanded the case with directions to vacate the order reducing Blackmon's sentence and reinstate his sentence of 200 months. <u>See</u> <u>United States v. Blackmon</u>, 584 F.3d 1115, 1117 (8th Cir. 2009).

In accordance with the mandate of the Eighth Circuit,

**IT IS HEREBY ORDERED** that the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and dated December 5, 2008 is **vacated**. [Doc. 51]

**IT IS FURTHER ORDERED** that the Judgment dated June 21, 2006, which sentenced Blackmon to a term of imprisonment of 200 months and eight years of supervised release, is **reinstated**. [Doc. 32]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   12th   day of January, 2010.